IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION

NO: 7:22-CR-10-FL-2

| UNITED STATES OF AMERICA | ) | |
|---|---|---|
| | ) | |
| v. | ) | O R D E R |
| | ) | |
| JHONNY FRANK MACHADO HERRERA, | ) | |
| | ) | |
| Defendant. | ) | |

After entering a plea of guilty to a Superseding Criminal Information pursuant to a plea agreement, Defendant made an oral motion to permit modification of his release conditions so as to allow travel to and from the District of Nevada. Without objection and for good cause as discussed in open court Defendant's motion is ALLOWED.

Defendant's release conditions shall reflect this modification. All previous conditions imposed on Defendant shall remain in effect.

So ordered, the 14th day of August 2024.

Robert B. Jones, Jr.
United States Magistrate Judge